IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Jordan Blair, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOB WILLS, AKA BOBBY RAY WILLS | ) | |
| AKA W. B. WILLS, BETTY SUE WILLS, | ) | |
| SAM GERHARDT, DEBORAH GERHARDT, | ) | Case No. 1:02-CV-88CAS |
| BO GERHARDT, JULIE GERHARDT, | ) | |
| DREW PARRISH, BILL CAVITT, | ) | |
| ROBERT O'BRIANT, AARON SMITH, | ) | |
| ROBERT KENNEDY and MIKE PARDOS, | ) | |
| DBA "MOUNTAIN PARK BOARDING | ) | |
| ACADEMY," Missouri Association of | ) | |
| Christian Child-Care Agencies, Inc. and | ) | |
| Palm Lane Baptist Church, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S EXHIBIT LIST

A.  Mountain Park/Palm Lane Baptist Boarding Academy file on the Plaintiff Jordan Blair;

B.  Sample Daily Schedule – Mountain Park Baptist Boarding Academy;

C.  Sample Daily Schedule – Palm Lane Baptist Boarding Academy;

D.  Official personal property tax assessment, Wayne County Missouri – Mountain Park;

E.  Official personal property tax assessment, Palm Lane Baptist Church and Boarding Academy – Florida;

F.  Medical records of Jordan Blair from Alma Family Clinic, Willow Crest Hospital and Sparks Regional Medical Center;

F-1.   Records will be called medical chronology.

G.  Admission/Discharge Form – Palm Lane Baptist Church and Boarding Academy;

H.  Mountain Park Baptist Church Handbook;

I. School records of Jordan Blair;

J. Portions of Answers to Defendant Palm Lane Baptist Church, Inc.'s First Set of Interrogatories Directed to Plaintiff;

K. Portions of Answers to Defendant's First Requests for Production of Documents Directed to Plaintiff;

L. Portions of Answers to Defendant Wills First Set of Interrogatories Directed to Plaintiff;

M. Parts of the Deposition of Terri Young;

N. Parts of the Deposition of Ron Blair;

O. Parts of the Deposition of Jordan Blair.

Respectfully Submitted,

| OLIVER, OLIVER & WALTZ, P.C. | BROWN & JAMES, P.C. |
|---|---|
| 400 Broadway, P.O. Box 559 | 1010 Market Street, 20th Floor |
| Cape Girardeau, MO 63702-0559 | St. Louis, MO 63101 |
| Telephone: (573) 335-8278 | Telephone: (314) 421-3400 |
| Facsimile: (573) 334-6375 | Facsimile: (314) 421-3128 |
| By:  /s/ John L. Oliver, Jr. | By:  /s/ John D. Briggs |
| John L. Oliver, Jr., #3999 | John D. Briggs, #86025 |
| Attorney for Defendants | Steven H. Schwartz, #4316 |
| | Attorneys for Defendants |

2