IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| Jordan Blair, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BOB WILLS, AKA BOBBY RAY WILLS ) | |
| AKA W. B. WILLS, BETTY SUE WILLS, ) | |
| SAM GERHARDT, DEBORAH GERHARDT, ) | Case No. 1:02-CV-88CAS |
| BO GERHARDT, JULIE GERHARDT, ) | |
| DREW PARRISH, BILL CAVITT, ) | |
| ROBERT O'BRIANT, AARON SMITH, ) | |
| ROBERT KENNEDY and MIKE PARDOS, ) | |
| DBA "MOUNTAIN PARK BOARDING ) | |
| ACADEMY," Missouri Association of ) | |
| Christian Child-Care Agencies, Inc. and ) | |
| Palm Lane Baptist Church, Inc., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S WITNESS LIST**

*Category 1 – Witnesses Who Will be Called*

A.   None

*Category 2 – Witnesses Who May be Called*

A.   Bob Wills;

B.   Betty Sue Wills;

C.   Sam Gerhardt;

D.   Deborah Gerhardt;

E.   Bo Gerhardt;

F.   Julie Gerhardt;

G.   Drew Parrish;

H.   Robert O'Briant;

I.  Robert Kennedy;

J.  Michelle Hollida, Assessor, Wayne County, Missouri.

K.  Jannett Blair;

L.  Ron Blair

Respectfully Submitted,

| OLIVER, OLIVER & WALTZ, P.C. | BROWN & JAMES, P.C. |
|---|---|
| 400 Broadway, P.O. Box 559<br>Cape Girardeau, MO 63702-0559<br>Telephone: (573) 335-8278<br>Facsimile: (573) 334-6375 | 1010 Market Street, 20th Floor<br>St. Louis, MO 63101<br>Telephone: (314) 421-3400<br>Facsimile: (314) 421-3128 |
| By:  /s/ John L. Oliver, Jr.<br>John L. Oliver, Jr., #3999<br>Attorney for Defendants | By:  /s/ John D. Briggs<br>John D. Briggs, #86025<br>Steven H. Schwartz, #86025<br>Attorneys for Defendants |