IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JORDAN BLAIR                                                                                   PLAINTIFF

vs.                                            Case No. 1:02CV88CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS,
BETTY SUE WILLS, SAM GERHARDT,
DEBORAH GERHARDT, BO GERHARDT, JULIE GERHARDT,
DREW PARRISH, ROBERT O'BRIANT, ROBERT KENNEDY,
DBA "MOUNTAIN PARK BOARDING ACADEMY,"
and PALM LANE BAPTIST CHURCH, INC.
                                                                                             DEFENDANTS

**STIPULATIONS AND SUMMARY OF CASE**

**SUMMARY OF CASE**

Plaintiff Jordan Blair was sent to Mountain Park Boarding Academy on October 24, 2001. Plaintiff alleges that he was slammed up against the wall when he arrived at Mountain Park Boarding Academy by Bo Gerhardt, a defendant in this case. Bo Gerhardt denies having done this. Plaintiff is asking for damages against Bo Gerhardt for battery.

Plaintiff also claims for failure to comply with the Federal Fair Labor Standards Act, alleging that he was not paid for work performed. Defendants deny that any compensable work was done.[1]

---

[1] This is the latest proposal sent to defense counsel, believed but not known to be acceptable. No formal agreement was had as of the time defense counsel left their offices for the day. This statement is being filed to comply with the deadline.

1

**STIPULATIONS**

1.  Plaintiff, Jordan Michael Blair ("Blair") was born on November 17, 1984.

2.  Jordan Blair's parents are Ron and Jannett Blair.


                                      By: /s/ Oscar Stilley
                                      Oscar Stilley, Attorney at Law
                                      Central Mall Plaza Suite 520
                                      5111 Rogers Avenue
                                      Fort Smith, AR 72903-2047
                                      (479)996-4109
                                      (501)325-1815 FAX
                                      Oscar@oscarstilley.com
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Oscar Stilley, by my signature above certify that I have this March 23, 2004 served the defendants with a copy of this pleading electronically by CM/ECF to: John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.