IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JORDAN BLAIR                                                                                         PLAINTIFF

vs.                                    Case No. 1:02CV88CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS,
BETTY SUE WILLS, SAM GERHARDT,
DEBORAH GERHARDT, BO GERHARDT, JULIE GERHARDT,
DREW PARRISH, ROBERT O'BRIANT, ROBERT KENNEDY,
DBA "MOUNTAIN PARK BOARDING ACADEMY,"
and PALM LANE BAPTIST CHURCH, INC.

                                                                                                     DEFENDANTS

## WITNESS LIST

| Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Charles A. Shaw | Oscar Stilley | John Oliver and John Briggs |
| **Trial Date(s)** | **Court Reporter** | **Courtroom deputy** |
| April 12, 2004 | Sue Moran | |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 1. | | | | | | Jordan Blair   (Will testify) |
| 2. | | | | | | Lou Blair        (Will testify) |
| 3. | | | | | | Devon Yoder  (This and all witnesses below may testify) |
| 4. | | | | | | James Yoder |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 5. | | | | | | Melissa Smith |
| 6. | | | | | | Amanda Krassin |
| 7. | | | | | | B. J. Miller |
| 8. | | | | | | Marilyn Leuken |
| 9. | | | | | | Angela Collier |
| 10. | | | | | | Andrew Winchester |
| 11. | | | | | | Micah Foxx |
| 12. | | | | | | Jamie Woods |
| 13. | | | | | | Amber McCarter |
| 14. | | | | | | Marilyn Leuken |
| 15. | | | | | | Tracy Ozuna |
| 16. | | | | | | Jessica Deboi |
| 17. | | | | | | Ray Palmer |
| 18. | | | | | | Sam Gerhardt |
| 19. | | | | | | Ora Linne |
| 20. | | | | | | Bo Gerhardt |
| 21. | | | | | | Bob Wills |
| 22. | | | | | | Betty Wills |
| 23. | | | | | | Deborah Gerhardt |
| 24. | | | | | | Julie Gerhardt |
| 25. | | | | | | Drew Parrish |
| 26. | | | | | | Robert O'Briant |
| 27. | | | | | | Robert Kennedy |
| 28. | | | | | | Ashley Rogers |
| 29. | | | | | | Jonita McClure |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 30. | | | | | | Collin Poetting |

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
Central Mall Plaza Suite 520
5111 Rogers Avenue
Fort Smith, AR 72903-2047
(479)996-4109
(501)325-1815 FAX
Oscar@oscarstilley.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this March 23, 2004 served the defendants with a copy of this pleading electronically by CM/ECF to: John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.