IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

JORDAN BLAIR                                                                                   PLAINTIFF

vs.                                    Case No. 1:02CV88CAS

BOB WILLS, AKA BOBBY RAY WILLS, AKA W. B. WILLS,
BETTY SUE WILLS, SAM GERHARDT,
DEBORAH GERHARDT, BO GERHARDT, JULIE GERHARDT,
DREW PARRISH, ROBERT O'BRIANT, ROBERT KENNEDY,
DBA "MOUNTAIN PARK BOARDING ACADEMY,"
and PALM LANE BAPTIST CHURCH, INC.

                                                                                               DEFENDANTS

**EXHIBIT LIST**

| Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Charles A. Shaw | Oscar Stilley | John Oliver and John Briggs |
| **Trial Date(s)** | **Court Reporter** | **Courtroom deputy** |
| April 12, 2004 | Sue Moran | |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 1. | | | | | | High school Diploma for Jordan Blair *[1] |
| 2. | | | | | | Application for Admission to Mountain Park Boarding Academy for Jordan Blair * |

---

[1]   Asterisk denotes exhibits (in this case three) that will be offered, others may be offered.

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 3. | | | | | | Signed contracts and other supporting documentation admitting Plaintiff to Mountain Park Boarding Academy  * |
| 4. | | | | | | Statistics page(s) from Mountain Park Academy's website |
| 5. | | | | | | Mountain Park Messenger newsletter for May/June 2001 |
| 6. | | | | | | Cover of 2001 yearbook for Mountain Park and Palm Lane Academies |
| 7. | | | | | | Portion of Mountain Park Messenger newsletter for September/October 2001 |
| 8. | | | | | | State v. Blair Order dated October 24, 2001 |
| 9. | | | | | | Mountain Park Boarding Academy handbook |
| 10. | | | | | | Letter from Jordan Blair to his parents dated October 9, 2001 (with Gerhardt comment page attached) |
| 11. | | | | | | Letter from Jordan Blair to his parents dated October 19, 2001 (original and annotated) |
| 12. | | | | | | Letter from Jordan Blair to his parents dated October 26, 2001 |
| 13. | | | | | | Letter from Jordan Blair to his parents dated November 2, 2001 |
| 14. | | | | | | Letter from Jordan Blair to his parents dated November 13, 2001 |
| 15. | | | | | | Letter from Jordan Blair to his parents dated November 22, 2001 (original and annotated) |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 16. | | | | | | Letter from Jordan Blair to his parents dated November 27, 2001 (original and annotated) |
| 17. | | | | | | Letter from Jordan Blair to his parents dated November 29, 2001 (original and annotated) |
| 18. | | | | | | Letter from Jordan Blair to his parents dated December 4, 2001 |
| 19. | | | | | | Letter from Jordan Blair to his parents dated December 7, 2001 |
| 20. | | | | | | Letter from Jordan Blair to his parents dated December 14, 2001 (original and annotated) |
| 21. | | | | | | Letter from Jordan Blair to his parents dated December 19, 2001 (original and annotated) |
| 22. | | | | | | Letter from Jordan Blair to his parents dated December 28, 2001 (original and annotated) |
| 23. | | | | | | Letter from Jordan Blair to his parents dated January 4, 2001 [2002] |
| 24. | | | | | | Letter to Jordan Blair from his parents dated December 12, 2001; December 17, 2001; and January 7, 2002 |
| 25. | | | | | | Letter from Jordan Blair to his parents dated January 11, 2002 |
| 26. | | | | | | Letter from Jordan Blair to his parents dated January 18, 2002 |
| 27. | | | | | | Letter from Jordan Blair to his parents dated January 22, 2002 |

| Plf. No. | Def. No. | Date offered | Den | Stip | Rec'd | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 28. | | | | | | Letter from Jordan Blair to his parents dated January 25, 2002 |
| 29. | | | | | | Letter from Jordan Blair to his parents dated January 31, 2002 |
| 30. | | | | | | Letter from Jordan Blair to his parents dated February 5, 2002 |
| 31. | | | | | | Letter from Jordan Blair to his parents dated February 8, 2002 |
| 32. | | | | | | Letter from Jordan Blair to his parents dated February 12, 2002 (with O'Briant comment page attached) |
| 33. | | | | | | Letter from Jordan Blair to his parents dated February 15, 2002 |
| 34. | | | | | | Letter from Jordan Blair to his parents dated February 18, 2002 |
| 35. | | | | | | Letter from Jordan Blair to his parents dated February 22, 2001 [2002] |
| 36. | | | | | | Letter from Jordan Blair to his parents dated March 1, 2002 |
| 37. | | | | | | Letter from Jordan Blair to his parents dated March 8, 2002 |
| 38. | | | | | | Letter from Jordan Blair to his parents not dated |
| 39. | | | | | | Medical records – drawing of Plaintiff's back |
| 40. | | | | | | Affidavit of Mistee Aaron |
| 41. | | | | | | Pictures of fence surrounding Mountain Park and Palm Lane |

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
Central Mall Plaza Suite 520
5111 Rogers Avenue
Fort Smith, AR 72903-2047
(479)996-4109
(501)325-1815 FAX
Oscar@oscarstilley.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this March 23, 2004 served the defendants with a copy of this pleading electronically by CM/ECF to: John Oliver, Attorney at law, Oliver, Oliver, & Waltz, PO Box 559, Cape Girardeau, MO, 63702-0559; and John Briggs, Attorney at law, Brown & James, P.C., 1010 Market Street, 20th Floor, St. Louis MO 63101-2000.