CIVIL COURTROOM MINUTE SHEET

JURY TRIAL DAY 2
NON-JURY TRIAL DAY ___

DATE: 4/13/04

CASE NO. 1:02CV88CAS C(2)

FILED
APR 13 2004
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

JUDGE: Charles A. Shaw

COURT REPORTER: Sue Moran

Deputy: C. Gould

Jordan Blair
vs.
Bob Wills

Attorney( ) for Pltff(✓): Oscar Stilley

Attorney( ) for Deft(S): John Oliver
John Briggs

(✓) Parties present for jury/~~non-jury~~ trial. (✓) Parties (and jury) present.

( ) _____

( ) Stipulation as to number of jurors, fld. by parties.

( ) Jury/alternate juror( ) empaneled and sworn.

( ) Opening statements of counsel made.

(✓) Pltff( )'s evidence commenced/(resumed)/(and)/but not concluded.

(✓) Oral/~~written~~ mtn of ~~pltff~~/deft for directed verdict at close of pltff's case ~~fld~~/made/ argued/submitted and ~~overruled~~/denied/~~sustained/Court's ruling reserved/and is taken with the case~~. At this time.

( ) Pltff/Deft granted leave to file written motion.

(✓) Deft(1)'s evidence (commenced)/resumed/(and)/but not (concluded.)

( ) Pltff( )'s evidence in rebuttal commenced/resumed/ and/but not concluded.

( ) Deft( )'s evidence in surrebuttal commenced/resumed/ and/but not concluded.

( ) Oral/written mtn of pltff/deft for directed verdict at close of all evidence fld/made, argued/submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case. ( ) Pltff/Deft granted leave to file written motion.

(✓) Proceedings postponed until (tomorrow)/Monday at 9:00 (AM)/PM.

( ) Pltff/deft/parties granted until _____ to file briefs/proposed findings of fact & conclusions of law, and pltff/deft/parties granted until _____ to respond and pltff/ deft/parties granted until _____ to reply, at which time cause will be taken under submission.

(✓) Instruction conference held - 5:37pm - 5:50pm
(✓) Court grants mtn for directed verdict of deft as to the Fair[?] act claim.

COMMENCED: 9:10 AM/(PM) CONCLUDED: 5:15 AM/(PM) Lunch 12:30pm - 1:30pm