**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

**MICHAEL E. GANS**
**Clerk of Court**

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO:     Mr. James G. Woodward, Clerk

FROM:   Michael E. Gans, Clerk of Court

DATE:   March 22, 2006

RE:     04-2434   Jordan Blair vs. Bob Wills, et al.,
RE:     04-2539   Jordan Blair vs. Bob Wills
RE:     04-2540   Jordan Blair vs. Bo Gerhardt

        Supreme Court No.  05-845
        District Court/Agency Case Number(s):   1:02cv88 CAS
        District Court/Agency Case Number(s):   1:02cv88CAS
        District Court/Agency Case Number(s):   1:02cv88CAS

---

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


(5403-010199)
mer

2024014

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 6, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

**FILED**

MAR 13 2006

MICHAEL GANS
CLERK OF COURT

Re: Jordan Blair
 v. Bob Wills, et al.
 No. 05-845
 (Your No. 04-2434, 04-2539, 04-2540)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

**RECEIVED**

MAR 13 2006

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

RECEIVED
MAR 24 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
Federal Building
339 Broadway
Cape Girardeau, MO   63701

-----------------------------